IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOROTHY GARDNER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 19-cv-5572 |
| | : | |
| **CHAD T. BOONE, et al.,** | : | |
| **Defendants.** | : | |

# O R D E R

**AND NOW**, this __9th__ day of February, 2023, upon consideration of Defendant's Motion for Protective Order (ECF No. 53), Plaintiff's Motion to Compel Depositions and Production of Documents (ECF No. 54), additional documents submitted in support of Defendant's Motion for Protective Order (ECF No. 55), Defendant's opposition to the Motion to Compel (ECF No. 56), Plaintiff's opposition to the Motion for Protective Order (ECF No. 56), and Defendant's reply brief in further support of its Motion for Protective Order (ECF No. 58), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Defendant's Motion for Protective Order is **GRANTED IN PART** and **DENIED IN PART** and that Plaintiff's Motion to Compel is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion for Protective Order is granted and the Motion to Compel is denied as to First RFP Nos. 3 and 10 and Second RFP No. 12. Schneider shall produce the Best Practices Guide and Checks for Learning but shall do so subject to the entry of a stipulated confidentiality order, to be submitted by the parties within seven (7) days of the date of the memorandum and this order. Schneider shall produce the Best Practices Guide and Checks for Learning within twenty (20) days of the date of entry of the confidentiality order.

2. The Motion for Protective Order is granted and the Motion to Compel is denied as to First RFP No. 11.

3. The Motion for Protective Order is denied as to First RFP No. 13.  The Motion to Compel is granted as to First RFP No. 13 to the extent that Schneider is ordered to produce the algorithms and equations for the "Driver Safety Reviews" subject to the entry of the stipulated confidentiality order.  Schneider shall produce the algorithms and equations for the "Driver Safety Reviews" within twenty (20) days of the date of entry of the confidentiality order.

4. The Motion to Compel is denied as to First RFP Nos. 1, 2, 4, 5, and 7 and Second RFP Nos. 1, 3, 4, 5, 6, 8, 9, 10, and 11.

5. The Motion to Compel is denied insofar as it seeks an order compelling the completion of depositions.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge